AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Northern DISTRICT OF California

**E-filing**

**SUMMONS IN A CIVIL CASE**

See 1 in Addendum
v.
See 2 in Addendum

CASE NUMBER:

CV 08 0671 PJH

TO: (Name and address of defendant)
See 3 in Addendum

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK
MARY ANN BUCKLEY

DATE   JAN 2 8 2008

## Addendum

1. TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,

    Plaintiffs,

2. JUERGEN KRUEGER, INC., a California corporation; SURETY COMPANY OF THE PACIFIC, a California corporation,

    Defendants.

3. Juergen Krueger, Inc.
   ATTN: Juergen Krueger
   3605 Eaglenest Lane
   Danville, CA 94506

   Surety Company of the Pacific
   ATTN: Dottie R. Latimer
   6345 Balboa Blvd. Suite 325
   Encino, CA 91316