AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Northern **DISTRICT OF** California

See 1 in Addendum
V.
See 2 in Addendum

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 0671

PJH

TO: (Name and address of defendant)
See 3 in Addendum

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

JAN 2 8 2008

DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

## Addendum

1. TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,

    Plaintiffs,

2. JUERGEN KRUEGER, INC., a California corporation; SURETY COMPANY OF THE PACIFIC, a California corporation,

    Defendants.

3. Juergen Krueger, Inc.
   ATTN: Juergen Krueger
   3605 Eaglenest Lane
   Danville, CA 94506

   Surety Company of the Pacific
   ATTN: Dottie R. Latimer
   6345 Balboa Blvd. Suite 325
   Encino, CA 91316

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| | Ref. No. Or File No.<br>W2491321 | |
| Attorneys for: PLAINTIFFS | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, etc., et al.

Defendant:
JUERGEN KRUEGER, INC., et al.

**PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: 08-0671 PJH

I, G. Thompson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; CONTRACTOR'S LICENSE BOND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; U.S. DISTRICT COURT ECF REGULATIONS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : SURETY COMPANY OF THE PACIFIC, a California Corporation

By Serving       : DOTTIE R. LATIMER, Authorized Agent/Authorized to Accept Service of Process.

Address          : 6345 Balboa Boulevard, Suite 325 , Encino, California  91316
Date & Time      : Thursday, February 7, 2008 @ 2:50 p.m.
Witness fees were: Not applicable.

Person serving:
G. Thompson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1175
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 11, 2008                          Signature: _____
                                                              G. Thompson

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2491318 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, etc., et al.

Defendant:
JUERGEN KRUEGER, INC., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08-0671 PJH |
|---|---|---|---|---|

I, William E. Galdamez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; CONTRACTOR'S LICENSE BOND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; U.S. DISTRICT COURT ECF REGULATIONS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : JUERGEN KRUEGER, INC., a California Corporation

By Serving         : JUERGEN KRUEGER, Owner

Address            : 3605 Eaglenest Lane, Danville, California 94506
Date & Time        : Tuesday, March 4, 2008 @ 8:46 p.m.
Witness fees were  : Not applicable.

Person serving:
William E. Galdamez
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 716
   (3) County: Contra Costa
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 5, 2008

Signature: *William E. Galdamez*
William E. Galdamez


Printed on recycled paper