```
Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>      Plaintiffs,<br><br>  vs.<br><br>JUERGEN KRUEGER, INC., a California corporation; SURETY COMPANY OF THE PACIFIC, a California corporation;<br><br>      Defendants. | CASE NO. 08-0671 PJH<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

    Pursuant to FRCivP 41(a)(1), Plaintiffs hereby request the dismissal, without prejudice, of the entire action.

```
Dated: May 2, 2008              /S/ Kimberly A. Hancock
                               Katzenbach and Khtikian
                                 Kimberly A. Hancock
                               Attorney for Plaintiffs
```

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PROOF OF SERVICE BY MAIL**

    I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On May 2, 2008, I served the within:

1. NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

on the parties remaining in the action herein, by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

James H. Vernon
Law Office of James H. Vernon
2070 San Ramon Valley Boulevard
San Ramon, CA 94583
Attorney for Defendant Juergen Krueger, Inc.

Surety Company of the Pacific
6345 Balboa Boulevard, Suite 325
Encino, CA 91316

    I declare under penalty of perjury that the forgoing is true and correct, and that this declaration was executed on May 2, 2008 in San Francisco, California.

                                          /s/Esther Kim
                                          Esther Kim

PROOF OF SERVICE - 1